# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Osvaldo Badosa | ) Case No:  4:07-CR-00420-2 |
| | ) USM No:  13384-021 |
| Date of Original Judgment:  July 2, 2008 | ) Paul D. Petruzzi |
| Date of Previous Amended Judgment:  Not Applicable | ) Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __121__ months **is reduced to** _____time served_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

3 | __ 20 | 5 M

Deputy Clerk

Except as otherwise provided above, all provisions of the judgment dated __July 2, 2008,__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  *MARCH 16, 2015*

_____
*Judge's signature*

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia

Effective Date: __November 1, 2015__
*(if different from order date)*

*Printed name and title*